

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00445-CV

**PNP PETROLEUM I, LP**, PNP Management, Inc.,
Philip Zaccaria, and Cibolo Energy Operating, Inc.,
Appellants

v.

Edna Earnest **TAYLOR**, Elizabeth Earnest Herbst,
and U.S. Enercorp, Ltd.,
Appellees

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 10-05-00167CVF
Honorable Donna S. Rayes, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the orders of the trial court sustaining the objections to the proffered summary judgment evidence of the lease drafts and denying Philip Zaccaria and Cibolo Energy Operating, Inc.'s motion to reconsider are REVERSED, the order granting the partial summary judgment is VACATED, and judgment is RENDERED that the term of the Oil and Gas Lease between PNP Petroleum I, LP and Edna Earnest Taylor and Elizabeth Earnest Herbst dated June 1, 2009 was extended by the May 12, 2010 payment by PNP Petroleum I, LP pursuant to section 1.b.ii of the lease. It is ORDERED that appellants, PNP Petroleum I, LP, PNP Management, Inc., Philip Zaccaria, and Cibolo Energy Operating, Inc., recover their costs of this appeal from appellees, Edna Earnest Taylor, Elizabeth Earnest Herbst, and U.S. Enercorp, Ltd.

SIGNED May 21, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice